IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ANDREW BAILEY,<br><br>Debtor. | Chapter 11<br><br>Case No. 09-bk-6979-RTBP<br><br>Adv. No. 09-ap-01728-SSC<br><br>(Not for Publication- Electronic Docketing ONLY) |
| ANDREW BAILEY,<br><br>                       Plaintiff,<br>v.<br><br>THE BANK OF NEW YORK MELLON, as trustee of the CWALT, Inc. Alternative Loan Trust 2007-HY4 Mortgage Pass-Through Certificates, Series 2007-HY4; BAC HOME LOANS SERVICING LP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC; John Does 1-20 inclusive; and all persons claiming by, through or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto,<br><br>                       Defendants. | ORDER INCORPORATING MEMORANDUM DECISION DATED MAY 3, 2011 |

      Based upon this Court's Memorandum Decision dated May 3, 2011, which is incorporated herein by reference:

      IT IS ORDERED that the Plaintiff's Fourth Amended Complaint is dismissed

1

Case 2:09-ap-01728-SSC   Doc 78   Filed 05/03/11   Entered 05/03/11 13:15:22   Desc
Main Document    Page 1 of 2

without prejudice.

IT IS FURTHER ORDERED that the Clerk's Office shall provide notice of this order to the Plaintiff, the Defendants, and the Defendants' counsel, and file an affidavit of service thereon.

DATED this 3rd of May, 2011.

_____
Honorable Sarah Sharer Curley
United States Bankruptcy Judge

**BNC TO NOTICE**